IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO GONZALES TURNER,<br><br>      Petitioner,<br><br>vs.<br><br>JERRY BROWN,<br><br>      Respondent.<br>_____/ | 1:13-cv-00110-SKO (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

      Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

      The federal venue statute requires that a civil action, other than an action based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C.  §  1391(b).  Moreover, in the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

///

-1-

-2-

1     Here, Petitioner is an inmate of the Salinas Valley State Prison. The majority of his allegations concern conditions at his institution of confinement, which is in Monterey County, located in the Northern District of California. The petition will, therefore, be transferred to the United States District Court for the Northern District of California, where the petition should have been filed.

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

**Dated:**   **January 29, 2013**           **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE